## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KACEY LYNN and ANIECIA VARGAS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MERRIMACK COLLEGE,<br><br>                    Defendant. | CASE NO. 1:20-cv-00632-PB |

## JOINT MOTION TO
## STAY PROCEEDINGS

NOW COMES the Plaintiffs, by and through their attorneys Bursor & Fisher, P.A., and the Defendant, by and through its attorneys Quinn Emanuel Urquhart & Sullivan, LLP, and respectfully submit the within Joint Motion to Stay Proceedings, stating as follows:

1. On June 24, 2021, the Court issued a Memorandum and Order granting in part and denying in part Defendant's Motion to Dismiss the operative First Amended Complaint in this matter (ECF No. 48);

2. On July 7, 2021, the Court held a status conference and directed the Parties to submit a proposed scheduling plan on or before July 21, 2021, or to move for an extension if exploring ADR;

3. The Parties have met-and-conferred and have begun to explore potential resolution of this matter;

4. The Parties believe their resources and the Court's resources would be better served focusing on resolution rather than discovery and other litigation matters at this time;

5. Accordingly, the Parties jointly request that the Court stay this matter for 60 days

to allow them to exclusively focus on their resolution efforts;

6. The Parties will update the Court within 60 days of the status of their efforts and propose appropriate next steps;

7. Due to the discretionary nature of the relief requested, no memorandum of law is believed to be required.

WHEREFORE, the plaintiffs respectfully pray this Honorable Court stay the proceedings in this matter for 60 days to allow for the Parties to exclusively focus on their resolution efforts.

Respectfully submitted,
KACEY LYNN and ANIECIA VARGAS, individually and on behalf of all others similarly situated,
By their attorneys,
BUSOR & FISHER, P.A.

Date: July 21, 2021          By:     /s/ Philip L. Fraietta
Philip L. Fraietta (*pro hac vice*)
New York Bar No. 5927825
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: pfraietta@bursor.com

*Attorney for Plaintiffs*

By: /s/ Michele E. Kenney
Michele E. Kenney
NH Bar No. 19333
PIERCE ATWOOD LLP
One New Hampshire Avenue, Suite 350
Portsmouth, NH 03801
(603) 433-6300
mkenney@pierceatwood.com

Kathleen M. Sullivan (*pro hac vice*)
Shon Morgan (*pro hac vice*)

Crystal Nix-Hines (*pro hac vice*)
Marina Lev (*pro hac vice*)
Scott Mills (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
kathleensullivan@quinnemanuel.com
shonmorgan@quinnemanuel.com
crystalnixhines@quinnemanuel.com
marinalev@quinnemanuel.com
scottmills@quinnemanuel.com

*Attorneys for Defendant,*
*Merrimack College*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the within Motion was forwarded this date via the ECF filing system to all counsel of record.

/s/ Philip L. Fraietta
Philip L. Fraietta