UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kacey Lynn, et al.

      v.

Case No. 20-cv-632-PB

Merrimack College


JUDGMENT


In accordance with the following, judgment is hereby entered:

1. Oral Order by Judge Paul Barbadoro on February 24, 2021;

2. Memorandum and Order by Judge Paul Barbadoro dated June 24, 2021, and

3. Stipulation of Voluntary Dismissal with Prejudice Pursuant to Rule 41(a) dated January 3, 2022.


By the Court:

_____
Daniel J. Lynch
Clerk of Court


Date: January 3, 2022

cc: Counsel of Record